# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| THE BELGRAVIA CONDOMINIUM ASSOCIATION | : No. 539 EAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| v. | : the Order of the Superior Court |
| | : |
| | : |
| 1811 BELGRAVIA ASSOCIATES | : |
| | : |
| | : |
| | : |
| PETITION OF: O'DONNELL & NACCARATO, INC. | : |
| | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2016, the Petition for Allowance of Appeal and Application to Correct/Modify the Record are **DENIED**.